"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                              )<br>              Plaintiff,      )<br>                              )<br>vs.                           )<br>                              )<br>MICHAEL LEE FELIX,            )<br>              Defendant.      )<br>_____) | Case No.: SA08-135M<br><br>ORDER OF DETENTION |

**I.**

A. ( )  On motion of the Government in a case allegedly involving:

    1. ( )  a crime of violence.

    2. ( )  an offense with maximum sentence of life imprisonment or death.

    3. ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( )  any felony - where defendant convicted of two or more prior offenses described above.

    5. ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.  (X)  On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

3       (X)  On the further allegation by the Government of:

4           1.  (X)  a serious risk that the defendant will flee.

5           2.  ( )  a serious risk that the defendant will:

6               a.  ( )  obstruct or attempt to obstruct justice.

7               b.  ( )  threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

9  C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

14  A.  (X)  The Court finds that no condition or combination of conditions will reasonably assure:

16       1.  (X)  the appearance of the defendant as required.

17           (X)  and/or

18       2.  (X)  the safety of any person or the community.

19  B.  ( )  The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

23  The Court has considered:

24  A.  (X)  the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

28  B.  (X)  the weight of evidence against the defendant;

C. (X) the history and characteristics of the defendant; and

D. (X) the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A. (X) As to flight risk: Defendant's unknown background information, lack of bail resources, and lack of strong ties to the local community.

B. (X) As to danger: The nature of the charged offense and Defendant's criminal history.

### VI.

A. ( ) The Court finds that a serious risk exists the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

### VI.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

1      extent practicable, from persons awaiting or serving sentences or being held in
2      custody pending appeal.
3  C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable
4      opportunity for private consultation with counsel.
5  D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on
6      request of any attorney for the Government, the person in charge of the
7      corrections facility in which defendant is confined deliver the defendant to a
8      United States marshal for the purpose of an appearance in connection with a court
9      proceeding.

11  DATED:  April 16, 2008            _____/ s /_____
                                      ARTHUR NAKAZATO
12                                    UNITED STATES MAGISTRATE JUDGE